UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DUSTIN WESTBERRY,**

    **Plaintiff,**

v.                                                                    Case No. 8:12-cv-486-T-30TGW

**WILLIAM JOULE MARINE TRANSPORT,
INC. and WILLIAM JOULE, individually,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Court Default (Dkt. 30). Upon review of the motion, and being otherwise advised in the premises, the Court concludes that the motion should be granted.

On March 6, 2012, Plaintiff filed the instant action for overtime compensation under the Fair Labor Standards Act ("FLSA") against Defendants William Joule Marine Transport, Inc. and William Joule. On February 20, 2013, the Court granted Defendants' counsel's motion to withdraw (Dkt. 28). The Court directed Defendant William Joule Marine Transport, Inc. to retain new counsel because a corporation cannot represent itself. The Court provided William Joule Marine Transport, Inc. fourteen days to retain new counsel and noted that failure to retain counsel during that time "may result in a Court's default being entered against William Joule Marine Transport, Inc. without further notice." (Dkt. 28).

Plaintiff moves for a court's default against William Joule Marine Transport, Inc. because, to date, counsel has not appeared on its behalf. The Court agrees that a court's default is appropriate under these circumstances.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Court Default (Dkt. 30) is granted.

2. A court's default is hereby entered against Defendant William Joule Marine Transport, Inc.

3. Plaintiff shall file a motion for default final judgment against Defendant William Joule Marine Transport, Inc. within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on April 29, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-486.courtdefault30.frm